**Opinion issued January 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00700-CV

_____

**N. MICHAEL HORNSBY, Appellants**

**V.**

**NORAM DRILLING COMPANY, Appellee**

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Case No. 2008-37498

## MEMORANDUM OPINION

Appellant, N. Michael Hornsby, has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Brown.